UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :    04cr1110 (DLC)
                                        :    11cv1556 (DLC)
        -v-                             :
                                        :
ANGELO DIPIETRO,                        :    ORDER
                                        :
                Defendant.              :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

Having received Angelo DiPietro's letter of May 18, it is hereby

ORDERED that the resentencing proceeding scheduled for May 20 is adjourned. The Court shall next week inform the parties of the new date for the resentencing proceeding.

Dated:   New York, New York
         May 19, 2021

                                        _____
                                              DENISE COTE
                                        United States District Judge