UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :     04cr1110 (DLC)
                                     :     11cv1556 (DLC)
           -v-                       :
                                     :
ANGELO DIPIETRO,                     :           ORDER
                                     :
                      Defendant.     :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

On May 19, 2021, the Court adjourned the resentencing proceeding of Angelo DiPietro, which had been scheduled for May 20. Having received DiPietro's letter of May 21, it is hereby

ORDERED that the proceeding, originally scheduled for May 20, is rescheduled for **June 24, 2021** at **11 am**.

IT IS FURTHER ORDERED that the resentencing proceeding shall address only the statutorily required reduction in the sentence imposed for DiPietro's conviction for violating 18 U.S.C. § 924(c) in this case, which was necessitated by the vacatur of DiPietro's 18 U.S.C. § 924(c) conviction in Case No. 02cr1237. No other issue -- including a potential motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) -- shall be addressed during the proceeding.

IT IS FURTHER ORDERED that defense counsel shall, by **June 10**, notify the Court whether the defendant consents to be resentenced via videoconference technology.

Dated: New York, New York
       May 25, 2021

_____
DENISE COTE
United States District Judge