UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :     04cr1110 (DLC)
                                    :     11cv1556 (DLC)
            -v-                     :
                                    :
ANGELO DIPIETRO,                    :     ORDER
                                    :
                        Defendant.  :
                                    :
------------------------------------X

DENISE COTE, District Judge:

Having received Angelo DiPietro's letter of May 25, it is hereby

ORDERED that, pursuant to Fed. R. App. P. 4(a)(5)(A)(i), DiPietro's time to file a notice of appeal from this Court's March 29, 2021 Opinion and Order is extended to **June 27, 2021**.

Dated:  New York, New York
        May 26, 2021

                                   _____
                                           DENISE COTE
                                   United States District Judge