```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
    UNITED STATES OF AMERICA            :    04cr1110 (DLC)
                                        :    11cv1556 (DLC)
              -v-                       :
                                        :
    ANGELO DIPIETRO,                    :         ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received Angelo DiPietro's letter of June 9, it is hereby

ORDERED that the resentencing proceeding scheduled for June 24, 2021 shall occur in person.

Dated:  New York, New York
        June 9, 2021

                                              DENISE COTE
                                 United States District Judge